UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company, SANMEDICA IP HOLDINGS, LLC, a Nevada Limited Liability Company, and BASIC RESEARCH, LLC, a Utah Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> KASHIF G. MUHAMMAD, an individual, FARIAH SHAIKH, an individual, BUSINESS VIEW, INC., a Florida corporation, JOHN DOES 1-20, individuals, JANE DOES 1-20, individuals, and XYZ COMPANY, a business entity of unknown form transacting business within the State of Utah, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING IN PART [ECF NO. 39] STIPULATED MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER** <br><br> Case No. 2:25-cv-00945-DBB-DBP <br><br> District Judge David Barlow |

Having considered the parties' Stipulated Motion for Entry of Temporary Restraining Order, and for good cause appearing, the court GRANTS the stipulated motion[1] and ORDERS the following:

1. A temporary restraining order is entered against Defendants Kashif G. Muhammad, Fariah Shaikh, and Business View, Inc (hereinafter "Defendants"), and all those acting in concert with them who receive notice of this Order;

---

[1] ECF No. 39.

2.  Defendants, and all those acting in concert with them who receive notice of this Order, shall be temporarily restrained from:

a.  directly or indirectly purchasing, offering for sale, distributing, shipping, selling and/or otherwise disposing of any products currently in, or which may hereafter come into, Defendants' possession, custody or control bearing or labeled in any way with illicit, illegal, unauthorized, and/or counterfeit reproductions of Plaintiffs' SEROVITAL® trademark, or any other designation, design and/or marking which is a colorable imitation of, or confusingly similar to, said trademarks;

b.  assisting in any manner the purchase, offering for sale, distribution, shipping, selling and/or otherwise disposing of any products bearing or labeled in any way with illicit, illegal, unauthorized, and/or counterfeit reproductions of Plaintiffs' SEROVITAL® trademark, or any other designation, design and/or marking which is a colorable imitation of, or confusingly similar to, said trademarks; and

c.  any spoliation, tampering, damage, deletion, disposition, or destruction of any records, documents, or data, whether electronically stored or otherwise, including but not limited to, paper copies, electronic copies, product packaging, product labeling or otherwise which relate in any way to the manufacture, importation, purchase, offering for sale, advertising, distribution, shipping, fulfillment, and/or sale of any illicit, illegal, unauthorized, and/or counterfeit reproductions of Plaintiffs' SEROVITAL® trademark.

IT IS FURTHER ORDERED that Plaintiffs shall not be required to post a bond.

In entering this temporary restraining order against Defendants, the Court acknowledges that Defendants have not waived any defenses or other rights, including but not limited to the right to challenge personal jurisdiction and/or venue as previously pled in Defendants' Motion to Dismiss.

This Temporary Restraining Order will remain in effect for 14 days unless the court extends it.

Signed June 15, 2026.

BY THE COURT

_____
David Barlow
United States District Judge